IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| EARL L. MOORE, JR., | X | |
| Plaintiff, | X | |
| vs. | X | No. 05-2500-B/P |
| MARVA J. DAVIS, et al., | X | |
| Defendants. | X | |

## ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

Plaintiff Earl L. Moore, Jr., a resident of Tennessee, filed a pro se complaint on July 14, 2005 that purports to invoke this Court's diversity jurisdiction and paid the civil filing fee. The Clerk shall record the defendants as Marva J. Davis and Gregory E. Bryant.

Within thirty (30) days of the date of entry of this order, the plaintiff shall personally appear at the Clerk's office and, upon presentation of a copy of this order, the Clerk shall provide plaintiff two (2) blank, unsigned summonses. Pursuant to Fed. R. Civ. P. 4(b), the plaintiff is responsible for properly filling out the summonses and presenting them to the Clerk for signature and seal. If the summonses are in proper form, the Clerk shall sign, seal, and issue them to the plaintiff for service on the defendants. The plaintiff is responsible for ensuring that

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-20-05



service is effected on the defendants pursuant to Fed. R. Civ. P. 4(e).[1] Service on the defendants shall include a copy of this order. The plaintiff shall file proof of service pursuant to Fed. R. Civ. P. 4(l).

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorney for each defendant, or on any defendant who has no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall familiarize himself with the Federal Rules of Civil Procedure and the local rules of this Court.

The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

The plaintiff is advised that the time limit set forth in Fed. R. Civ. P. 4(m) shall commence running on the date of entry of this order.

IT IS SO ORDERED this 19th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also must comply with Rule 4(c)(2), which requires, in part: "Service may be effected by any person who is not a party and who is at least 18 years of age."

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02500 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Earl L. Moore
8257 Dexter Oak Ct.
Apt.#101
Cordova, TN 38106

Honorable J. Breen
US DISTRICT COURT