IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5  PM 3:42

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

EARL L. MOORE,

    Plaintiff,

v.                                      No. 05-2500-B/P

MARVA J. DAVIS and
GREGFORY E. BRYANT,

    Defendants.

## ORDER OF REFERENCE

Before the court is Plaintiff's Request for Rule 11 Sanctions filed on December 2, 2005. This matter is hereby referred to the United States Magistrate Judge for a report and recommendation. Any objections to the magistrate judge's report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

IT IS SO ORDERED this 5th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02500 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Earl L. Moore
8257 Dexter Oak Ct.
Apt.#101
Cordova, TN 38106

Marva J. Davis
300 Springs Bldg
Ste 615
Little Rock, AR 72201

Gregory E. Bryant
300 Spring Bldg.
Ste. 310
Little Rock, AR 72201

Honorable J. Breen
US DISTRICT COURT