IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EARL L. DAVIS,

      Plaintiff,

v.                                    No. 05-2500 B

MARVA J. DAVIS and GREGORY E.
BRYANT,

      Defendants.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING PLAINTIFF'S REQUEST FOR RULE 11 SANCTIONS
_____

      This cause is before the Court in connection with the report and recommendation of the magistrate judge on the request of the Plaintiff, Earl L. Davis, for imposition of sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure.  In a report and recommendation filed March 8, 2006, the magistrate judge recommended that the request be denied.  According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge.  No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation.

      It is therefore ORDERED that the magistrate judge's report and recommendation filed March 8, 2006 be hereby ADOPTED and the Plaintiff's motion for Rule 11 sanctions be DENIED.

IT IS SO ORDERED this 23rd day of March, 2006.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE